UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

IN RE:
    EARL F. DOOLEY,              CHAPTER 7
              Debtor              CASE NO. 06-40948-HJB
_____

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

Stephan M. Rodolakis, the Chapter 7 Trustee of the above Debtor (the "Trustee"), hereby objects, pursuant to 11 U.S.C., Section 522(1) and Bankruptcy Rule 4003(b), to the Debtor's claim of exemption in a Workers Compensation Claim/Settlement and Third Party Claim (the "Third Party Claim"). In support of this objection, the Trustee submits that G.L. c. 152, Section 47 nor any other state law exemption claim provide an exemption in the Third Party Claim. See e.g. *In re McDonald,* 326 B.R. 6 (Bkrtcy. Mass 2005).

WHEREFORE, the Trustee respectfully requests that the Court deny the Debtor's exemption in the Third Party Claim.

                                  STEPHAN M. RODOLAKIS
                                  CHAPTER 7 TRUSTEE

                                  */s/ Stephan M. Rodolakis*
                                  Stephan M. Rodolakis, BBO #555393
                                  Pojani Hurley Ritter & Salvidio, LLP
                                  446 Main Street, 21st Floor
                                  Worcester, Massachusetts 01608
                                  Tel: (508) 798-2480
                                  Fax: (508) 797-9561

Date  January 30, 2007