UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Earl F. Dooley          **Case Number:** 06-40948          **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#32 Objection of Chapter 7 Trustee to Debtor's Claim of Exemptions

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                            Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  ✓  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


SUSTAINED.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry Jack Boroff
_____                     _____ Dated: 2/12/2007
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge